**James Michael HARTZELL, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

No. ED 75286.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 28, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for appellant.

James Hartzell, St. Louis, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Director appeals the judgment, following a trial *de novo,* which reinstated Driver's driving privileges after Director had revoked them pursuant to § 577.041 RSMo Cum.Supp.1997. Although Driver has not favored us with a brief, we have reviewed Director's brief and the record on appeal, and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).